PEOPLE'S UNITED BANK *v.*
MAZIE E. BROWN ET AL.
(AC 33259)

Gruendel, Robinson and Espinosa, Js.

Argued January 6—officially released January 24, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new law day.

DARCUS HENRY *v.* COMMISSIONER OF
CORRECTION
(AC 32599)

Alvord, Espinosa and Sheldon, Js.

Argued January 6—officially released January 24, 2012

Per Curiam. The appeal is dismissed.

LISA BREDEFELD *v.* BRISTOL HOSPITAL, INC.
(AC 33069)

Lavine, Alvord and Pellegrino, Js.

Argued January 9—officially released January 24, 2012

Per Curiam. The judgment is affirmed.